UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GLENN E. CONROY, JR.,

      Plaintiff,

  v.                                   Case No. 18-C-2004

STATE OF WISCONSIN, et al.,

      Defendants.

---

## ORDER

---

On December 20, 2018, the clerk sent a letter to the plaintiff directing him to file a certified copy of his institutional trust account statement showing the previous six months' worth of activity. He has not done so. Accordingly, this action is dismissed without prejudice for failure to comply with the court's directive. The plaintiff may provide the required trust account statement and move to have the matter reopened on or before February 21, 2019.

**SO ORDERED** this   31st   day of January, 2019.

                                                        s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court