# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GLENN E. CONROY, JR.,

      Plaintiff,

v.                                        Case No. 18-C-2004

STATE OF WISCONSIN and
WAUPUN CORRECTIONAL INSTITUTION,

      Defendants.

## ORDER DISMISSING CASE

Plaintiff Glenn E. Conroy, Jr., an inmate incarcerated at Waupun Correction Institution who is representing himself, filed this civil action on December 20, 2018, along with a motion for leave to proceed without prepaying the full filing fee. On January 31, 2019, the court dismissed the case because Conroy failed to comply with the court's directive to file a certified trust account statement. On February 6, 2019, Conroy moved to reopen the case, and he later submitted a trust account statement. In an order dated March 3, 2019, the court granted Conroy's motion to reopen the case and directed Conroy to pay or show cause why he is unable to pay an initial partial filing fee of $5.16 on or before March 22, 2019. To date, Conroy has neither paid this fee nor explained why he is unable to pay. In accordance with the court's previous order, which warned Conroy that failure to meet the deadline would result in dismissal of his case, ECF No. 19 at 4, this action is **DISMISSED without prejudice**.

      **SO ORDERED** this  2nd  day of April, 2019.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach, Chief Judge
                                                     United States District Court